UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARA WHALEY (BOOCHER),

    Plaintiff,

v.

    Case No. 1:15-cv-172

    HONORABLE PAUL L. MALONEY

RUSHMORE LOAN MANAGEMENT,
LLC, et al.,

    Defendants,
_____/

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of Defendants and against the Plaintiff.


Date: August 10, 2015                  /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge